# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HYPE FOR TYPE, LTD., <br><br> Plaintiff, <br> v. <br><br> WILSON SPORTING GOODS CO., <br><br> Defendant. | **Case No. 1:18-cv-06946** <br><br> JUDGE: Honorable Kiyo A. Matsumoto <br><br> **STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between HYPE FOR TYPE, LTD and WILSON SPORTING GOODS CO. that the above action is hereby discontinued and dismissed, with prejudice. This Stipulation may be filed without further notice by the Clerk of the Court.

Dated: April 19, 2019
    New York, NY

WILSON ELSER MOSKOWITZ
  EDELMAN & DICKER LLP

  /James F. Monagle/
By: James F. Monagle
150 E 42nd Street
New York, NY 10017
Telephone: (212) 490-3000
Facsimile: (212) 490-3038
Email: james.monagle@wilsonelser.com
Attorneys for Defendant Wilson Sporting Goods Co.

Dated: April 19, 2019
    New York, NY

THE MARTINEZ GROUP PLLC

  /Frank J. Martinez/
By: Frank J. Martinez (FJM-2149)
55 Poplar Street, Suite 1-D
Brooklyn, New York 11201
Telephone: (718) 797.2341
FM@martinezgroup.com
Attorney for Plaintiff Hype for Type, Ltd.